# Court of Appeals
# of the State of Georgia

ATLANTA, __November 06, 2012__

*The Court of Appeals hereby passes the following order:*

**A13A0429.  DWIGHT D. CULPEPPER v. THE STATE.**

Dwight Culpepper was convicted of sale of cocaine, possession of cocaine, and driving with a suspended license in 2006.  Culpepper filed a "Petition to Amend Order of Modification of Sentence" in 2012.  We lack jurisdiction.

A direct appeal lies from an order denying or dismissing a motion to correct a void sentence, but only if the defendant raises a colorable claim that the sentence is, in fact, void or illegal. See *Harper*, supra at n.1; *Burg v. State*, 297 Ga. App. 118, 119 (676 SE2d 465) (2009). And a sentence that falls within the statutory range of punishment is not void. See *Jones v. State*, 278 Ga. 669, 670 (604 SE2d 483) (2004).

Culpepper does not contend that his sentence exceeds the legal limit.  Rather, he argues that his sentence should be reduced, but he provides no explanation for the sentence reduction that he seeks. Consequently, Culpepper's allegations cannot form the basis of an appeal, and this appeal is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __11/06/2012__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*